LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Rowina A. Chargualaf*

**FILED**
DISTRICT COURT OF GUAM
JAN 0 5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROWINA A. CHARGUALAF<br>aka ROWINA A. TAUANNU,<br><br>Defendant. | CRIMINAL CASE NO. CR01-00099<br><br>**STIPULATION EXONERATING BAIL AND RELEASE OF PROPERTY** |

Counts I, VI, and VIII of the Indictment in this case against Rowina A. Chargualaf aka Rowina A. Tauannu having been dismissed, the undersigned stipulate as follows:

1. That bail posted in this matter be exonerated and released to the person who posted such bail or to his or her authorized designee; and,

2. Any and all non-contraband and non-forfeited property be released to the Defendant.

/   /

/   /

Page 1 of 2

USA v. Rowina A. Chargualaf aka Rowina A. Tauannu
Criminal Case No. CR01-00099
Stipulation Exonerating Bail and Release of Property

Case 1:01-cr-00099   Document 68   Filed 01/05/2006   Page 1 of 2

SO STIPULATED this 4th day of January, 2006.

| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ** LLP | **LEONARDO M. RAPADAS**<br>**United States Attorney**<br>**Districts of Guam NMI** |
| By: _____<br>**PETER C. PEREZ, ESQ.**<br>*Attorneys for Rowina A. Chargulaf aka*<br>*Rowina A. Tauannu* | By: _____<br>**MARIVIC P. DAVID**<br>Assistant U. S. Attorney General |

Page 2 of 2

USA v. Rowina A. Chargualaf aka Rowina A. Tauannu
Criminal Case No. CR01-00099
Stipulation Exonerating Bail and Release of Property

Case 1:01-cr-00099    Document 68    Filed 01/05/2006    Page 2 of 2