**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Rowina A. Chargualaf aka Rowina A. Tauannu*

**FILED**
DISTRICT COURT OF GUAM
JAN 10 2006 ʡᵖ
**MARY L.M. MORAN**
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00099 |
| Plaintiff, | ) | |
| vs. | ) | ORDER EXONERATING BAIL AND RELEASING PROPERTY |
| ROWINA A. CHARGUALAF aka ROWINA A. TAUANNU, | ) | |
| Defendant. | ) | |

This matter having been dismissed IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Bail in this matter be exonerated and released to the person who posted such bail or to his or her authorized designee;

That any and all monies, passport and other properties associated with Defendant's release on bail be immediately returned to Defendant or to its respective owner.

Dated this *10th* day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORDER EXONERATING
USA vs. ROWINA CHARGULAF aka ROWINA A. TAUANNU
CR01-00099

**ORIGINAL**